THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER MATARESE, Appellant.

Argued May 21, 1954; decided July 14, 1954.

*George M. Aronwald* and *Michael I. Winter* for appellant.

*Edward S. Silver, District Attorney (Aaron Nussbaum* of counsel), for respondent.

Judgment affirmed, pursuant to section 542 of the Code of Criminal Procedure. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.